# IN THE SUPREME COURT 263

| | | | |
|---|---|---|---|
| 423P13 | State v. Jory Joseph Marino | 1. Def's Motion for Temporary Stay (COA12-1422) | 1. Allowed **09/25/2013;** Dissolved the Stay **11/07/2013** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's NOA Based Upon A Constitutional Question | 3. Dismissed *Ex Mero Motu* |
| | | 4. Def's PDR Under N.C.G.S. § 7A-31 | 4. Denied |
| 431P13 | State v. Arnulfo Agustin | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1065) | Denied |
| 432P13 | State v. Frankie Lee McClain | Def's *Pro Se* Motion to Dismiss the Offense/Charges | Dismissed |
| 433P13 | State v. Johnny Ray Gordon | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-602) | Dismissed |
| 434P13 | State v. Darwin Vernell Christian | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-162) | Denied |
| 435A96-5 | State v. Walic Christopher Thomas | 1. Def's Motion to Stay Petition for *Writ of Certiorari* | 1. |
| | | 2. Def's Petition for *Writ of Certiorari* to Review the Decision of the Superior Court of Guilford County | 2. |
| | | 3. Def's *Pro Se* Motion to Withdraw All Appeals | 3. Dismissed **12/15/2010** |
| | | 4. State's Motion for Leave to Substitute Counsel of Record | 4. Allowed |
| 437P13 | State v. Mickey Laverne Locklear | 1. Def's *Pro Se* Motion for NOA (COAP13-570) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP13-570) | 2. Dismissed |